CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 29 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| PHILLIP REAMEY,<br>                        *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>                        *Defendant* | CIVIL NO. 6:08cv00021<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On December 24, 2008, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment [docket no.s 11 and 14] and on June 9, 2009, the Magistrate Judge filed a Report and Recommendation ("Report") [docket no. 18]. In the Report, Judge Urbanski recommended that this case be remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the June 9, 2009 Report shall be, and it hereby is, ADOPTED in its entirety;

2. this case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This 29th day of June, 2009.

                                            NORMAN K. MOON
                                            UNITED STATES DISTRICT JUDGE